# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GEOFFREY JACOBS,

                V.                            **SUMMONS IN A CIVIL CASE**

PAYWARD, INC., ET AL.,

                                                CASE NUMBER: **3:25-CV-00567-SVN**

TO: **Payward Interactive, Inc, Payward Ventures, Inc., Payward, Inc.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Geoffrey Jacobs
85 Lindale St. Unit 1
Stamford, CT 06902**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – J. Pesta
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025-04-18 15:43:14, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PAYWARD INTERACTIVE, INC.; PAYWARD VENTURES, INC.; PAYWARD, INC.
was received by me on *(date)* 4/22/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served Summons on CT Corporation System, Whom is A Duly Authorized Registered Agent of Service of The within Named Defendant.

My fees are $ 35.00 for travel and $ 965.00 for services, for a total of $ 1000.00

I declare under penalty of perjury that this information is true.

Date: 4/23/2025

*Phyllis E. Airey*
Servers signature

Phyllis E. Airey
CT STATE MARSHAL
Printed name and title

P.O. Box 1233
Hartford, CT 06143
Servers address

Additional information regarding attempted service, etc: