UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GEOFFREY JACOBS,

Plaintiff,

v.

PAYWARD, INC., PAYWARD VENTURES, INC.,

PAYWARD INTERACTIVE, INC. d/b/a KRAKEN,

Defendants.

Case No. 3:25-cv-00567-SVN

Dated: May 21, 2025

**NOTICE REGARDING WITHDRAWAL OF PRIOR SETTLEMENT OFFER AND PROCEDURAL POSTURE**

Plaintiff Geoffrey Jacobs respectfully submits this Notice to inform the Court of recent developments relevant to the procedural posture of this matter.

1. On multiple occasions throughout April and May 2025, Plaintiff extended a formal written offer to resolve this action. That offer was explicitly time-limited and set to expire on May 21, 2025, at 5:00 P.M. EST.

2. The offer reflected Plaintiff's good-faith effort to resolve the matter confidentially and efficiently before the commencement of discovery, with the intent to conserve judicial resources and avoid prolonged public litigation concerning systemic security vulnerabilities.

3. Defendants did not accept or respond to the offer before the expiration deadline. Accordingly, the offer has now been withdrawn with finality. Plaintiff confirms that no settlement offer is currently pending.

4. In light of Defendants' continued refusal to engage and their failure to seek a timely stay of discovery, Plaintiff reaffirms that discovery obligations remain operative pursuant to the Federal Rules of Civil Procedure and the Court's May 15, 2025 Order (ECF No. 50), which clarified that Defendants' motion to compel arbitration does not stay Rule 26(f) scheduling or other pending deadlines.

5. On May 16 and May 20, 2025, Plaintiff sent written requests to Defendants' counsel to coordinate a Rule 26(f) meet-and-confer consistent with the operative schedule. Plaintiff has received no response. Plaintiff has separately requested that Defendants confirm their availability by May 23, 2025, and intends to proceed with discovery unless otherwise directed by the Court.

6. Should Defendants seek to retroactively delay or stay discovery following their failure to meet scheduling obligations or engage in settlement discussions in good faith, Plaintiff respectfully reserves all rights to oppose such relief.

Dated: May 21, 2025

Respectfully submitted,

/s/ Geoffrey Jacobs

Geoffrey Jacobs

Pro Se Plaintiff

85 Lindale St Unit 1

Stamford, CT 06902

geoff@effincomputers.com

203-537-9449

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on May 21, 2025, a copy of the foregoing document was served via electronic mail on counsel for Defendants at the following addresses:

- **Timothy G. Ronan** – tronan@pullcom.com

- **Eric Martin** – eric.martin@nortonrosefulbright.com

Dated: May 21, 2025

Respectfully submitted,

**/s/ Geoffrey Jacobs**

Geoffrey Jacobs

Pro Se Plaintiff