UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**Geoffrey Jacobs**,

Plaintiff,

v.

**PAYWARD, INC., PAYWARD VENTURES, INC., and PAYWARD INTERACTIVE, INC. d/b/a KRAKEN,**

Defendants.

Case No. 3:25-cv-00567-SVN

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Plaintiff Geoffrey Jacobs respectfully moves for leave to file a short sur-reply in response to new arguments and factual mischaracterizations raised for the first time in Defendants' Reply in Support of their Motion to Compel Arbitration and Stay Proceedings (ECF No. 62).

**I. Basis for Sur-Reply**

1. **New Sanctions Request:** Defendants' reply raises a new request for sanctions and attorneys' fees, citing *Mata v. Avianca, Inc.*, based on an isolated citation to a case

Plaintiff reasonably understood to be persuasive. This request was not raised in their opening memorandum and was therefore not subject to prior response.

2. **Mischaracterization of Fraud Defense:** Defendants incorrectly assert that Plaintiff's fraudulent inducement defense targets only the Terms of Service as a whole, rather than the arbitration clause itself. Plaintiff's opposition brief (ECF No. 57) clearly identified fraud directed at the arbitration clause's formation—a distinction that is critical under *Rent-A-Center, West, Inc. v. Jackson*, 561 U.S. 63 (2010).

3. **Failure to Rebut Threshold Defenses:** Defendants' reply fails to address several independent and unrebutted defenses, including:

   - Public policy unenforceability under the Connecticut Unfair Trade Practices Act (CUTPA);

   - Procedural and substantive unconscionability;

   - Selective arbitration enforcement and waiver;

   - Mutual assent and contract of adhesion.

Courts routinely permit sur-replies when new issues are raised in reply briefs or when clarification of key threshold arguments will aid in adjudication.

Additionally, Defendants assert that Plaintiff cited a fictitious case. Plaintiff respectfully clarifies that any citation error does not bear on the legal merits of the arguments presented, which are independently supported by binding authority such as *Rent-A-Center*, *First Options*, *Granite Rock*, and *Hottle v. BDO Seidman*. No argument rises or falls on the disputed citation.

## II. Relief Requested

Plaintiff respectfully requests leave to file the attached Sur-Reply, not exceeding five pages, to correct and clarify the record. A proposed Sur-Reply is attached as Exhibit H.

Respectfully submitted,

/s/ Geoffrey Jacobs

Geoffrey Jacobs

Pro Se Plaintiff

85 Lindale St Unit 1

Stamford, CT 06902

geoff@effincomputers.com

(203) 537-9449

Dated: May 27, 2025

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, a copy of the foregoing Motion for Leave to File Sur-Reply and Exhibit H were filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,
/s/ Geoffrey Jacobs
Geoffrey Jacobs
Pro Se Plaintiff

85 Lindale St Unit 1
Stamford, CT 06902
geoff@effincomputers.com
(203) 537-9449