UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Geoffrey Jacobs**,
    Plaintiff,

v.

Payward, Inc., Payward Ventures, Inc., and Payward Interactive, Inc., d/b/a Kraken,
    Defendants.

Case No. 3:25-cv-00567 (SVN)
May 29, 2025

---

# NOTICE OF CLARIFICATION REGARDING ECF NO. 64

Plaintiff respectfully submits this clarification in response to the Court's order dated May 29, 2025, which noted that ECF No. 64 "may reveal confidential information regarding settlement negotiations."

Plaintiff wishes to clarify that the monetary amount referenced in ECF No. 64 was **not the result of any compromise negotiation, settlement discussion, or offer made during a dispute subject to Rule 408 of the Federal Rules of Evidence.** Rather, the referenced figure reflected a **pre-litigation request for restoration of misappropriated digital assets (ICP tokens)**, made directly to Defendants **before any complaint was filed** or legal proceedings commenced.

Plaintiff understands and respects the confidentiality protections afforded to settlement communications under Rule 408 and affirms that no protected negotiations were intended to be disclosed.

Respectfully submitted,
/s/ Geoffrey Jacobs
Geoffrey Jacobs

Plaintiff pro se
85 Lindale St Unit 1 Stamford, CT 06902
geoff@effincomputers.com
203-537-9449

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, a copy of the foregoing *Notice of Clarification Regarding ECF No. 64* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any party not able to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Atty Timoth G Ronan  tronan@pullcom.com
Atty Eric Martin (eric.martin@nortonrosefulbright.com

Respectfully submitted,
/s/ Geoffrey Jacobs
Geoffrey Jacobs, Plaintiff pro se
85 Lindale St Unit 1 Stamford, CT 06902
geoff@effincomputers.com
203-537-9449