UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEOFFREY JACOBS,<br>       Plaintiff,<br>      v.<br>PAYWARD, INC.,<br>PAYWARD VENTURES, INC.,<br>PAYWARD INTERACTIVE, INC., d/b/a<br>KRAKEN,<br>       Defendants. | Case No. 3:25-cv-00567-SVN |

**NOTICE REGARDING RULE 408 COMMUNICATIONS AND PATTERN OF NON-ENGAGEMENT**

Plaintiff Geoffrey Jacobs respectfully submits this Notice to preserve a clear factual record of documented, protected attempts to resolve this matter—both before and during the pendency of Defendants' Motion to Compel Arbitration, and across the broader course of this litigation. Plaintiff does not request or expect judicial review of the communications referenced herein and includes this summary solely to preserve a procedural record of good-faith outreach and Defendants' non-engagement.

**1. Pattern of Protected Communications**

Between April 2025 and June 2025, Plaintiff sent a total of **thirteen (13)** Rule 408 communications to Kraken. Attorneys Timothy Ronan and Eric Martin have received 408 communications from Plaintiff beginning on May 14, 2025.  Each communication was clearly labeled as a protected settlement effort under Rule 408. These communications included:

    a) Specific offers to resolve the matter quietly and early;

    b) Time-bound settlement proposals;

    c) Multiple reminders and follow-ups;

d) References to reputational considerations, arbitration posture, and public interest implications;

e) A final, comprehensive message sent on **June 19, 2025**, summarizing the entire pattern and clearly stating that absent acknowledgment, Plaintiff would interpret continued silence as a waiver of engagement.

As of the date of this Notice, **Defendant's Counsel have not responded to a single one** of the thirteen communications. There has been no acknowledgment or substantive reply.

### Listing of Rule 408 Settlement Communications

| Date Sent | Recipients | Reply Received |
|---|---|---|
| Apr 17, 10:23 AM | legal@kraken.com, david@kraken.com, daniel.clarkson@kraken.com, michaelo@kraken.com, marco@kraken.com, nancy@kraken.com | None |
| May 14, 3:39 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| May 15, 2:09 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| May 16, 5:38 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| May 18, 8:12 AM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| May 21, 5:03 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| May 22, 9:43 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| May 23, 8:05 AM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| May 28, 5:02 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |

| May 29, 8:38 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| Jun 15, 12:24 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| Jun 18, 6:39 AM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |
| Jun 19, 5:10 PM | tronan@pullcom.com, eric.martin@nortonrosefulbright.com | None |

## 2. Purpose of This Notice

To be clear, this particular communication seeks no judicial intervention and does not litigate the merits of any claim. Its sole purpose is to formally place on the record the documented and consistent pattern of Plaintiff's good-faith efforts to initiate protected pre-ruling dialogue — and Defendants' complete non-engagement.

Plaintiff reserves the right to reference this pattern in future proceedings, including in connection with discovery, costs, or equitable considerations. However, this filing does not request any specific ruling, sanctions, or action from the Court.

Plaintiff does not request or expect any ruling, relief, or judicial review. This Notice is submitted solely to preserve the procedural record of Plaintiff's protected settlement communications under Rule 408.

Plaintiff remains willing to participate in written discussions regarding resolution at any time.

**Dated:** June 22, 2025

Respectfully submitted,

/s/ Geoffrey Jacobs

Geoffrey Jacobs

Plaintiff, Pro Se

85 Lindale St

Stamford, CT 06902

203-537-9449

geoff@effincomputers.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2025, a copy of the foregoing Notice was served by email upon:

Timothy Ronan, Esq.   tronan@pullcom.com

Eric Martin, Esq.   eric.martin@nortonrosefulbright.com


Sincerely,

/s/ Geoffrey Jacobs

Geoffrey Jacobs

Plaintiff, Pro Se

85 Lindale St

Stamford, CT 06902

203-537-9449

geoff@effincomputers.com