**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT

GEOFFREY JACOBS,
    Plaintiff,

v. Case No. 3:25-cv-00567-SVN

PAYWARD, INC.,
PAYWARD VENTURES, INC.,
PAYWARD INTERACTIVE, INC., d/b/a
KRAKEN,
    Defendants.

_____

**NOTICE REGARDING RULE 408 COMMUNICATION CHANNELS AND DEFENSE COUNSEL CLARIFICATION**

Plaintiff Geoffrey Jacobs respectfully submits this Notice for the limited purpose of preserving the procedural record concerning protected settlement communications and recent representations made by Defendants' counsel regarding the appropriate channels for such communications. This Notice does not request any relief at this time, but is submitted to ensure clarity and consistency in the event these issues arise in future proceedings.

1. On June 20, 2025, after receiving no response to any of the thirteen Rule 408 settlement communications sent between April and late June 2025, Plaintiff sent an inquiry to Attorneys Martin and Ronan asking whether they would object to Plaintiff contacting Kraken's General Counsel (Ben Gray) directly.

2. While awaiting a response from Defense Counsel, and only in anticipation of a possible future opportunity, Plaintiff sent two brief, purely administrative inquiries on June 21, 2025, to Kraken's publicly available press and legal email addresses (press@kraken.com and [legal@kraken.com](legal@kraken.com)). One message to each, asking if contact information for Kraken's General Counsel could be provided. The email to legal@kraken.com explicitly stated:

   "This particular request is unrelated to any active court filing or motion, and is not intended to circumvent formal legal channels. This particular message does not seek to initiate legal discussions or circumvent counsel. It is only to confirm the contact method availability, should appropriate usage arise."

3. In reply to Plaintiff's email asking for permission to contact Kraken's General Counsel directly, on June 23, 2025, Attorney Eric Martin, counsel for Defendants, stated that he objects to Plaintiff contacting Kraken's General Counsel directly. But also stated that the communication sent to legal@kraken.com was "not a proper channel of communications" and further claimed it was an attempt "to circumvent communications with outside counsel." As he wrote:

> "Likewise, the email you sent on 6/21 to legal@kraken.com to circumvent communications with outside counsel is not a proper channel of communications."

4. Afterwards, on June 24, 2025, Plaintiff sought clarification via email, asking whether Attorneys Martin and Ronan have been - and remain - the appropriate recipients for protected Rule 408 communications. As Plaintiff had never received even an acknowledgment of these Rule 408 communications. Attorney Martin responded:

> "Yes, any communications about this case—regarding settlement or otherwise—should only be directed to Kraken's outside counsel, which are Mr. Ronan and me."

5. Plaintiff then followed up with an additional email to Attorney Martin, on June 24, 2025, respectfully correcting Attorney Martin's prior assertion that the June 21 message to legal@kraken.com was an attempt to circumvent defense counsel. Plaintiff reiterated that the June 21 email included an express and unambiguous disclaimer that it was not intended to circumvent counsel. It clearly stated:

> "This particular request is unrelated to any active court filing or motion, and is **not intended to circumvent formal legal channels.** This particular message **does not seek to initiate legal discussions or circumvent counsel**. It is only to confirm the contact method availability, should appropriate usage arise."

6. Plaintiff submits this Notice to preserve the record that:

   - He made repeated good-faith efforts to direct Rule 408 communications through appropriate and reasonable channels from April through late June 2025 ;

   - None of those communications were even acknowledged by Attorney Ronan and/or Attorney Martin;

   - He proactively sought Defense Counsel's position on potential direct contact with Kraken's General Counsel (Ben Gray) before any public-facing inquiry was made;

   - The June 21 messages were non-substantive, administrative in nature, requesting contact information only, and contained clear disclaimers of any intent to bypass counsel;

   - Nevertheless, Defense's counsel mischaracterized those messages as being improper, but later confirmed that Attorneys Martin and Ronan are - and have been - the appropriate recipients for such communications (despite a prolonged non-engagement);

   - Plaintiff promptly and clearly corrected Attorney Martin's mischaracterization of the June 21 emails as being meant to circumvent counsel ;

- Plaintiff noted via email to Attorney Martin on June 24 that, had Defense Counsel acknowledged any of the thirteen Rule 408 settlement communications sent between April and late June 2025, the June 21 inquiry - and the need for further clarification - may have been avoided.

- Attorney Martin's confirmation that he and Attorney Ronan are the proper recipients for settlement communications aligns with Plaintiff's original intent, as expressed in the June 21 message, which disclaimed any attempt to bypass counsel.

These events are noted solely to ensure that, should the propriety of Plaintiff's conduct be raised in future proceedings, the full procedural context is preserved and the record reflects Plaintiff's good-faith efforts to act within ethical and professional bounds.

---

**Respectfully submitted,**
Dated: 6-25-2025
/s/ Geoffrey Jacobs
Geoffrey Jacobs
Pro Se Plaintiff
85 Lindale St Unit 1
Stamford, CT 06902
geoff@effincomputers.com
203-537-9449

---

### CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, a copy of the foregoing NOTICE REGARDING RULE 408 COMMUNICATION CHANNELS AND DEFENSE COUNSEL CLARIFICATION was served by email upon:

Timothy Ronan, Esq. tronan@pullcom.com
Eric Martin, Esq. eric.martin@nortonrosefulbright.com

Sincerely,
/s/ Geoffrey Jacobs
Geoffrey Jacobs
Plaintiff, Pro Se
85 Lindale St Unit 1
Stamford, CT 06902
geoff@effincomputers.com
203-537-9449