UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**GEOFFREY JACOBS,**
Plaintiff,

v. Civil Action No. 3:25-cv-00567-SVN

**PAYWARD, INC. d/b/a KRAKEN,**
Defendant.
_____/

# PLAINTIFF'S NOTICE OF SUPPLEMENTAL INFORMATION

REGARDING WYOMING DIVISION OF BANKING COMMUNICATION**

Plaintiff respectfully submits this Notice to inform the Court of a recent communication from the Wyoming Division of Banking regarding the referral of Plaintiff's complaint by the Financial Industry Regulatory Authority ("FINRA"), as referenced in Plaintiff's prior Notice of Supplemental Information filed on December 1, 2025 (ECF No. 77).

On December 3, 2025, Plaintiff received an email from Mr. Cole Vizina, Chief Bank Examiner with the Wyoming Division of Banking. Mr. Vizina stated that:

1. The Wyoming Division of Banking has not yet received the forwarded materials from FINRA but expects to receive them and will review the forwarded complaint upon receipt;

2. The Division's jurisdiction extends to Payward Financial, Inc., a Wyoming-chartered subsidiary of Defendant Payward, Inc.; and

3. Upon receiving the FINRA referral, the Division will evaluate whether the issues raised in Plaintiff's complaint involve Payward Financial, Inc., and will follow up with Plaintiff accordingly.

The Wyoming Division of Banking's acknowledgment indicates that FINRA did, in fact, forward the complaint for consideration, and that the Division is now engaged in determining whether the security and account-access issues described by Plaintiff implicate the regulated operations of Payward Financial, Inc. Mr. Vizina's communication further indicates that the Division is preparing to assess whether the security-control issues and unauthorized-access incident described in Plaintiff's complaint may have implications for Payward Financial, Inc.'s regulated operations under Wyoming law.

The communication further clarifies that Kraken's Wyoming-chartered banking subsidiary, Payward Financial, Inc., is subject to Wyoming Division of Banking oversight, while its parent company, Payward, Inc., is not. This distinction is relevant because the security issue at the center of this case -

the support web form that allowed unverified/anonymous individuals to send emails appearing to originate from Kraken Support - was operated by Payward, Inc., the non-regulated parent entity. Accordingly, the conduct at issue falls outside the scope of Wyoming's banking oversight even though Kraken represents itself to consumers through banking-regulated and non-regulated entities.

A true and correct copy of Mr. Vizina's December 3, 2025 email is attached as Exhibit A

Plaintiff provides this information to maintain a clear and accurate record of ongoing regulatory activity arising from the incident underlying this action. Plaintiff does not request judicial action at this time and submits this Notice solely for completeness and in the interest of transparency.

Respectfully submitted,

/s/ Geoffrey Jacobs
**Geoffrey Jacobs**
Plaintiff, Pro Se
85 Lindale St., Unit 1
Stamford, CT 06902
203-537-9449
geoff@effincomputers.com

Dated: December 3, 2025